IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00408-PSF-CBS

KELLY J. McCONNELL, an individual,

      Plaintiff,

v.

GALE NORTON, Secretary of the United States Department of the Interior,
in her official capacity,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that the deadline for Defendant to respond to Plaintiff's Motion to Amend Complaint and Request for Jury Trial filed on August 16, 2005, is on or before **August 31, 2005**.

**DATED:**      August 18, 2005