IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00408-PSF-CBS

KELLY J. MCCONNELL,
An individual,

    Plaintiff.

        v.

GALE NORTON,
SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR,
In her official capacity,

    Defendant.
_____

**ORDER**
_____

    Plaintiff's Unopposed Motion to Withdraw Motion to Amend Complaint (Dkt. # 13) is GRANTED.

    DATED: August 24, 2005.

                          BY THE COURT:

                          s/ Phillip S. Figa
                          _____
                          Phillip S. Figa
                          United States District Court