IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00408-PSF-CBS

KELLY J. MCCONNELL, an individual

    Plaintiff.

        v.

GALE NORTON, Secretary of the United States Department of Interior,
in her official capacity,

    Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER, having come before the Court on a Stipulated Motion to Dismiss, and the Court having considered said motion, it is hereby;

ORDERED that this matter is DISMISSED WITH PREJUDICE and each party is to pay its own costs.

DATED: October 17, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge